UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:06CV-326-H

KFC CORPORATION                                                                                          PLAINTIFF

V.

PLASTRO FOOD, INC., et al.                                                                         DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

      This is a trademark case, in which Plaintiff seeks injunctive relief and damage because Defendants continued to use the KFC trademark after termination of their franchise agreement. This Court granted a Default Judgment for Plaintiff after Defendants failed to answer the complaint for some sixty (60) days after the extended deadline.  Now, Defendants ask the Court to vacate that default judgment on the grounds of excusable neglect.

      This Court can and should vacate a Default Judgment where a party shows mistake, inadvertence, surprise or excusable neglect.  F.R.Civ.P. 60(b).  Upon careful review of the file, the Court finds none of these here.  Defendants filed their motion without any supporting affidavits.  The motion itself contained only nonspecific and unsupported assertions in support of the motion.  Plaintiff responded with affidavits detailing multiple contacts and conversations thoroughly refuting Defendants' contentions.  Defendants have not filed a reply, not to mention affidavits disputing the response.

      The Court concludes that Defendants have fallen far short of their burden to demonstrate that vacating the judgment would be appropriate.  Nor does this Court believe that doing so

would serve the interests of justice.  Plaintiff is fully entitled to the judgment already entered.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Defendants' motion to vacate is DENIED.

cc:    Counsel of Record